## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 21-cr-416 (RDM)** |
| | : | |
| **DEMARCO L. ALLGOOD,** | : | |
| **NATHANIEL L. HOLMES, and** | : | |
| **MALIK T. HILL,** | : | |
| | : | |
| **Defendants.** | : | |

## <u>JURY VERDICT FORM</u>

### WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

### COUNT ONE – DEMARCO ALLGOOD

### Kidnapping of a Minor in violation of 18 U.S.C. §§ 1201(a)(1), (g)(1)

We find DEMARCO ALLGOOD:

_____✗_____ Not Guilty          _____ Guilty

If you find DEMARCO ALLGOOD guilty of Kidnapping of a Minor, do not provide a verdict with respect to the lesser-included offense of Kidnapping as to DEMARCO ALLGOOD. But if you find DEMARCO ALLGOOD not guilty of Kidnapping of a Minor, you must provide a verdict with respect to the lesser-included offense of Kidnapping, in violation of 18 U.S.C. § 1201(a)(1), as to DEMARCO ALLGOOD.

With respect to the lesser-included offense of Kidnapping:

We find DEMARCO ALLGOOD:

_____✗_____ Not Guilty          _____ Guilty

1

## COUNT ONE – NATHANIEL HOLMES

### Kidnapping of a Minor in violation of 18 U.S.C. §§ 1201(a)(1), (g)(1)

We find NATHANIEL HOLMES:

\_\_\_\_\_X\_\_\_\_\_ Not Guilty          _____ Guilty

If you find NATHANIEL HOLMES guilty of Kidnapping of a Minor, do not provide a verdict with respect to the lesser-included offense of Kidnapping as to NATHANIEL HOLMES. But if you find NATHANIEL HOLMES not guilty of Kidnapping of a Minor, you must provide a verdict with respect to the lesser-included offense of Kidnapping, in violation of 18 U.S.C. § 1201(a)(1), as to NATHANIEL HOLMES.

With respect to the lesser-included offense of Kidnapping:

We find NATHANIEL HOLMES:

\_\_\_\_\_X\_\_\_\_\_ Not Guilty          _____ Guilty

## COUNT ONE – MALIK HILL

### Kidnapping of a Minor in violation of 18 U.S.C. §§ 1201(a)(1), (g)(1)

We find MALIK HILL:

\_\_\_\_\_X\_\_\_\_\_ Not Guilty          _____ Guilty

If you find MALIK HILL guilty of Kidnapping of a Minor, do not provide a verdict with respect to the lesser-included offense of Kidnapping as to MALIK HILL. But if you find MALIK HILL not guilty of Kidnapping of a Minor, you must provide a verdict with respect to the lesser-included offense of Kidnapping, in violation of 18 U.S.C. § 1201(a)(1), as to MALIK HILL.

With respect to the lesser-included offense of Kidnapping:

We find MALIK HILL:

\_\_\_\_\_X\_\_\_\_\_ Not Guilty          _____ Guilty

2

## COUNT THREE

**First Degree Sexual Abuse in violation of D.C. Code § 22-3002(a)(1) and (a)(2): the penetration of Ta'Jai Lee's vulva by NATHANIEL HOLMES'S penis by force or threat.**

We find NATHANIEL HOLMES:

_____ Not Guilty          _____ Guilty

## COUNT FOUR

**First Degree Sexual Abuse in violation of D.C. Code § 22-3002(a)(1) and (a)(2): contact between Ta'Jai Lee's mouth and NATHANIEL HOLMES'S penis by force or threat.**

We find NATHANIEL HOLMES:

_____ Not Guilty          _____ Guilty

BY:  _____          _____0928_____
     FOREPERSON         /          JUROR NUMBER

3