United States District Court
For the District of Columbia

United States of America
VS
DeMarco L. Allgood

LET IT BE FILED
Randolf D. Moss
USDJ
6/27/24

1:21-CR-00416-RDM
CASE Number and Judge's Initials

## Defendant's Motion To Expunge Criminal Record

Dear Honorable Judge R. D. Moss, And/or Deciding Judge- in this Motion, I am formally Requesting that all charges associated with this listed case number above be removed from my record and ultimately expunged. It is imperative for me to move forward with my life and this record has/still is hendering me from being hired by various employers. I was found Not Guilty and I want this to not continue to step my forward progression in life as I seek to raise my son and live a peaceful life. Thank you in advance.

DeMarco Allgood

### Certificate of Service

I, DeMarco Allgood, Have Mailed or Will Mail A copy of this Motion To: (U.S. Attorney who Represents the GVT.) And Date you Mail to GVT is 6/8/2024.

RECEIVED
JUN - 7 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia